MIE 3
Revised 07/12

Order of the Court to Dismiss Violation Petition

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

       v.

GRAHAM, Ozro                                             Crim. No.:  00CR90036-05

On 02/22/2022 the Court authorized a petition and warrant for a supervised release violation charge.

    The probation department is recommending that the violation petition be dismissed, and supervision be closed.

Reviewed and Approved:                               Respectfully submitted,

s\Christina R. Wilkerson                           s\Christina R. Wilkerson
Supervising United States Probation Officer       Supervising United States Probation Officer

## ORDER OF THE COURT

    Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be closed.

    Dated this 27th Day of June, 2022.

                                                        s/Matthew F. Leitman
                                                        Matthew F. Leitman
                                                        United States District Court Judge